# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

## Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2022**

E-Filing Number: 2210005824

**000353**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| GWENDOLYN DEMPS | WALMART SUPERCENTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1725 S. 32ND STREET<br>PHILADELPHIA PA 19145 | 1675 S. COLUMBUS BOULEVARD<br>PHILADELPHIA PA 19148 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WALMART STORES, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 702 S.W. 8TH STREET<br>BENTONVILLE AR 72716 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WALMART REAL ESTATE BUSINESS TRUST |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 702 S.W. 8TH STREET<br>BENTONVILLE AR 72716 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 4 | [X] Complaint   [ ] Petition Action   [ ] Notice of Appeal<br>[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2S - PREMISES LIABILITY, SLIP/FALL |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
| |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES          NO |
|---|---|---|

**FILED**
**PRO PROTHY**

OCT **04** 2022

**E. HAURIN**

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: GWENDOLYN DEMPS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL A. PILEGGI | 1650 MARKET STREET<br>52ND FLOOR<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)496-8282 | (215)496-0999 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 320569 | mpileggi@smbb.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| MICHAEL PILEGGI | Tuesday, October 04, 2022, 05:12 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. WALMART SUPERCENTER
     1675 S. COLUMBUS BOULEVARD
     PHILADELPHIA PA 19148
2. WALMART STORES, INC.
     702 S.W. 8TH STREET
     BENTONVILLE AR 72716
3. WALMART REAL ESTATE BUSINESS TRUST
     702 S.W. 8TH STREET
     BENTONVILLE AR 72716
4. JOHN DOE (1-2)
     N/A
     N/A PA N/A

THIS IS NOT AN ARBITRATION MATTER.
ASSESSMENT OF DAMAGES HEARING IS
REQUIRED.

*Filed and Attested by the*
*Office of Judicial Records*
*04 OCT 2022 05:12 pm*
*E. HAURIN*

**SALTZ MONGELUZZI & BENDESKY P.C.**
BY: ROBERT N. BRAKER/MICHAEL A. PILEGGI
IDENTIFICATION NOS. 62583/320569
1650 MARKET STREET
52ND FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
P: (215) 496-8282 / F: (215) 496-0999

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| **GWENDOLYN DEMPS**<br>1725 S. 32nd Street<br>Philadelphia, PA 19145<br><div align="right">*Plaintiff,*</div><br><br>v.<br><br>**WALMART SUPERCENTER**<br>1675 S. Columbus Boulevard<br>Philadelphia, PA 19148<br><br>AND<br><br>**WALMART STORES, INC.**<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>AND<br><br>**WALMART REAL ESTATE BUSINESS**<br>**TRUST**<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>AND<br><br>**JOHN DOE (1-2)**<br><div align="right">*Defendants.*</div> | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS**<br>**CIVIL DIVISION**<br><br><br>**OCTOBER TERM, 2022**<br><br>**NO.:**<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE TO PLEAD

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado en corte. Si usted quiere defenderse contra las demandas nombradas en las páginas siguientes, tiene veinte (20) días, a partir de recibir esta demanda y la notificación para entablar personalmente o por un abogado una comparecencia escrita y también para entablar con la corte en forma escrita sus defensas y objeciones a las demandas contra usted. Sea avisado que si usted no se defiende, el caso puede continuar sin usted y la corte puede incorporar un juicio contra usted sin previo aviso para conseguir el dinero demandado en el pleito o para conseguir cualquier otra demanda o alivio solicitadas por el demandante. Usted puede perder dinero o propiedad u otros derechos importantes para usted. |
| "YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE ABOGADO (O NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO), VAYA EN PERSONA O LLAME POR TELEFONO LA OFICINA NOMBRADA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASSISTENCIA LEGAL. ESTA OFICINA PUEDE PROPORCIONARLE LA INFORMACION SOBRE CONTRATAR A UN ABOGADO. |
| THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE. | SI USTED NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO, ESTA OFICINA PUEDE PROPORCIONARLE INFORMACION SOBRE AGENCIAS QUE OFRECEN SERVICIOS LEGALES A PERSONAS QUE CUMPLEN LOS REQUISITOS PARA UN HONORARIO REDUCIDO O NINGUN HONORARIO. |
| PHILADELPHIA BAR ASSOCIATION LAWYER REFERRAL and INFORMATION SERVICE One Reading Center Philadelphia, Pennsylvania 19107 (215) 238-1701 | ASSOCIACION DE LICENDIADOS DE FILADELFIA SERVICO DE REFERENCA E INFORMACION LEGAL One Reading Center Filadelfia, Pennsylvania 19107 Telefono (215) 238-1701 |

## COMPLAINT

Plaintiff, Gwendolyn Demps, claims of Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), jointly and severally, separate sums in excess of $50,000.00 in damages wherein the following are true statements:

1.  Plaintiff, Gwendolyn Demps, is an adult individual, citizen of Pennsylvania, who resides at 1725 S. 32nd Street, Philadelphia, PA 19145.

2.  Defendant, Walmart Supercenter, is a business entity, organized and existing under the laws of the Commonwealth of Pennsylvania, and which at all times relevant hereto, engaged in regular, systematic, continuous and substantial business within Philadelphia County, with its principal place of business located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148.

3.  Defendant, Walmart Stores, Inc., is a business entity organized and existing under the laws of the State of Arkansas, and which at all times relevant hereto, engaged in regular,

systematic, continuous and substantial business within Philadelphia County with its principal place of business located at 702 S.W. 8th Street, Bentonville, AR 72716.

4.     Defendant, Walmart Real Estate Business Trust is a business entity organized and existing under the laws of the State of Arkansas, and which at all times relevant hereto, engaged in regular, systematic, continuous and substantial business within Philadelphia County with its principal place of business located at 702 S.W. 8th Street, Bentonville, AR 72716.

5.     Defendant, John Doe (1-2), is an unknown individual, manager, company, controller, franchise, franchisor/franchisee, and/or owner of the property known as Walmart Supercenter, located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148, hereinafter referred to as the "the premises" at the times referenced herein, who Plaintiff could not identify despite a reasonable search.

6.     At all times mentioned herein and material hereto, Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), owned, managed, maintained, operated and controlled the property, including the interior of the premises, located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148.

7.     On August 27, 2021, Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), by and through their employees and/or agents were responsible for the proper maintenance and/or removal of any and all hazardous conditions located on and within the aforesaid premises.

8.     Upon information and belief, at the aforesaid time and place, Defendants' employees and/or agents, acting within the course of their employment and scope of their authority, caused there to be and/or allowed there to remain, for a substantial period of time, a pool

of liquid on the floor of the premises of the aisle, in which Plaintiff was walking, and the aforesaid

floor was left in a dangerously wet and slippery condition.

9.      At the aforesaid time and place, Plaintiff, Gwendolyn Demps, was lawfully and

properly a business invitee to the premises, and while walking on the aforesaid floor, was caused

to slip and fall on the slick and slippery liquid condition and to suffer those serious and permanent

injuries more specifically set forth hereinafter.

<div align="center">

**COUNT I**
**NEGLIGENCE**
**GWENDOLYN DEMPS v. ALL DEFENDANTS**

</div>

10.     Plaintiff incorporates by reference all the preceding paragraphs as if fully set forth

herein.

11.     Defendants, Walmart Supercenter, Walmart Stores Inc., Walmart Real Estate

Business Trust, and John Doe (1-2), by and through their separate and respective agents,

employees, servants and/or workers, acting within the course of their employment and scope of

their authority, were careless and negligent in:

      a.      Leaving the floor in a dangerously wet and slippery condition;

      b.      Creating a dangerously wet and slippery condition on the floor;

      c.      Failing to cordon off the wet area of the floor;

      d.      Failing to maintain the floor of the premises in a proper and safe condition;

      e.      Allowing the floor to remain in a slippery condition for an extended period of time;

      f.      Failing to warn individuals, including Plaintiff, of the dangerous and slippery nature of the floor;

g.      Failing to safely cordon off and/or use appropriately sized non-skid mats or other devices to make safe the area where a dangerous, slippery condition had accumulated;

h.      Allowing a danger to exist which Defendants knew or should have known would cause injuries to others, including Plaintiff;

i.      Failing to utilize appropriate warning signs/devices to alert individuals, including Plaintiff, of the dangerous condition that existed on said premises;

j.      Failing to take proper action to clean up the dangerous, slippery condition that existed on said premises prior to Plaintiff's fall despite their knowledge of the condition;

k.      Failing to maintain the aforementioned premises reasonably safe for persons such as Plaintiff;

l.      Failing to utilize a floor with non-slip properties;

m.      Failing to have proper policies and procedures in place pertaining to cleanup/removal of liquid on the premises which would have prevented harm to business invitees, including Plaintiff; and

n.      Failing to adequately monitor and supervise its employees and/or agents to ensure that their floors were safe for customers, including Plaintiff;

o.      Failing to adequately staff its store with a proper number of employees trained to detect and remedy hazardous/dangerous conditions on its premises; and

p.      Failing to adequately train its employees and/or agents to identify and remedy hazardous/dangerous conditions on its premises.

12.     By reason of the carelessness and negligence of Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), as aforesaid, by and through their separate and respective agents, employees, servants and/or workers, Plaintiff, Gwendolyn Demps, was caused to sustain serious, disabling and permanent personal injuries; she has sustained an acute comminuted fracture of the distal radius; she has sustained dorsal angulation and displacement; she sustained swelling about the wrist; she has suffered severe pain

in her wrist; she has been required to undergo extensive physical therapy; he has sustained further injury to the bones, muscles, nerves and ligaments of her body, the full extent of which have yet to be determined; she sustained other injuries to her nerves and nervous system; she sustained other orthopedic, neurologic and psychological injuries, the full extent of which has yet to be determined; she has in the past been required and may in the future continue to be required to submit to x-rays, EMGs, MRIs, and other diagnostic studies; she has in the past suffered and may in the future continue to suffer agonizing aches, pains, and mental anguish; she has in the past and may in the future continue to endure pain and suffering; she has in the past and may in the future continue to be disabled from performing her usual duties, occupations and avocations, all to her great loss and detriment; she has suffered a significant loss of life's pleasures; she has suffered from severe embarrassment and humiliation; she has incurred and will likely continue to incur medical bills indefinitely into the future.

13.    By the reason of the carelessness and negligence of Defendants, Walmart Supercenter and Walmart Stores Inc., Walmart Real Estate Business Trust, and John Doe (1-2), as aforesaid, Plaintiff, Gwendolyn Demps, has incurred various expenses, including medical expenses and bills, Plaintiff may be obligated to continue to expend monies and incur further obligations for her medical care and treatment, for an indefinite period of time in the future.

14.    Plaintiff, Gwendolyn Demps, has sustained and makes claim for pain and suffering, loss of physical function, physical, mental and psychological injuries, humiliation and embarrassment, loss of life's pleasures, loss of past earnings and future earning capacity and any and all other damages to which she is entitled or may be entitled under the laws of the Commonwealth of Pennsylvania.

WHEREFORE, Plaintiff, Gwendolyn Demps, claims of Defendants, Walmart Supercenter and Walmart Stores Inc., Walmart Real Estate Business Trust and John Doe (1-2), jointly and severally, separate sums in excess of $50,000.00 in damages and brings this action to recover same.

**SALTZ MONGELUZZI & BENDESKY P.C.**

By: _____

**ROBERT N. BRAKER, ESQUIRE**
**MICHAEL A. PILEGGI, ESQUIRE**
Attorneys for Plaintiff

## VERIFICATION

I, Gwendolyn Demps, have read the contents of the Complaint. I verify that the contents are true and correct to the best of my knowledge, information and belief. I understand that this verification is made pursuant to 42 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

Date: 9/26/2022

GWENDOLYN DEMPS

# EXHIBIT "B"

## AFFIDAVIT OF SERVICE

*Filed and Attested by the
Office of Judicial Records
10 OCT 2022 03:38 pm
G. IMBRUTO*

Commonwealth of Pennsylvania                    County of Philadelphia                    Pleas Court

Case Number: OCTOBER 2022  0353

Plaintiff:
**GWENDOLYN DEMPS**

vs.

Defendant:
**WALMART SUPERCENTER  et al**

For:
SALTZ MONGELUZZI & BENDESKY
One Liberty - 52nd Floor
1650 Market St
Philadelphia, PA 19103

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **WALMART SUPERCENTER, 1675 S. COLUMBUS BLVD, PHILADELPHIA, PA 19148.**

I, Daniel Guida, being duly sworn, depose and say that on the **6th day of October, 2022** at **12:10 pm, I:**

**AUTHORIZED:**  served by delivering a true copy of the **COMPLAINT** to **DALYA BARNES** as **MANAGER/AUTHORIZED AGENT**, who stated they are authorized to accept service for: **WALMART SUPERCENTER** at the address of: **1675 S. COLUMBUS BLVD, PHILADELPHIA, PA 19148**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: BLACK, Height: 5'8, Weight: 190, Hair: BLACK, Glasses: N

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 7th day of
October, 2022 by the affiant who is personally known to
me.

NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Christopher J. Mullen, Notary Public
Philadelphia County
My commission expires May 27, 2023
Commission number 1227476

**Daniel Guida**
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
**112 Haddontowne Ct, Ste. 304**
**Cherry Hill, NJ 08034**
**(856) 428-4700**

Our Job Serial Number: CHL-2022009315
Ref: DEMPS

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1t

**SALTZ MONGELUZZI & BENDESKY P.C.**
ROBERT N. BRAKER, ESQUIRE #62583
MICHAEL A. PILEGGI, ESQUIRE #320569
1650 MARKET STREET, 52ND FLOOR
PHILADELPHIA, PA 19103
P: (215) 496-8282 / F: (215) 496-0999

Attorneys for Plaintiff



Filed and Attested by the
Office of Judicial Records
02 NOV 2022 04:25 pm
S. GILLIAM

| | |
|---|---|
| **GWENDOLYN DEMPS**<br><br>v.<br><br>**WALMART SUPERCENTER,<br>WALMART STORES, INC.,<br>WALMART REAL ESTATE BUSINESS<br>TRUST and<br>JOHN DOE (1-2)** | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>LAW DIVISION<br><br>OCTOBER TERM, 2022<br>NO. 00353 |

<u>**AFFIDAVIT OF SERVICE**</u>

COMMONWEALTH OF PENNSYLVANIA:

                                                SS

COUNTY OF PHILADELPHIA:

       MICHAEL A. PILEGGI, ESQUIRE, being duly sworn according to law, deposes and

states that he is the attorney representing the plaintiff in the above captioned matter; that he is

authorized to take this Affidavit; and that on October 5, 2022, the plaintiff's counsel did forward

to Defendant, Walmart Real Estate Business Trust, a time-stamped copy of Plaintiff's Complaint

by regular mail and certified mail, return receipt requested.  A copy of the said correspondence

and return receipt indicating date of delivery to be October 10, 2022, are attached hereto and made

a part hereof.

       The undersigned understands that the statements therein are made subject to the penalties

of 18 Pa. C.S. Section 4904 relating to unsworn falsifications to authorities.

**SALTZ MONGELUZZI & BENDESKY P.C.**

BY:    /s/ Michael A. Pileggi
           MICHAEL A. PILEGGI, ESQUIRE
           Attorney for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To
Walmart Real Estate Business Trust
Street and Apt. No., or PO Box No.
702 S.W. 8th Street
City, State, ZIP+4®
Bentonville, AR 72716

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7019 2280 0000 1270 2898

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Walmart Real Estate Business Trust
702 S.W. 8th Street
Bentonville, AR 72716

9590 9402 6743 1060 2514 85

2. Article Number (Transfer from service label)
7019 2280 0000 1270 2898

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   OCT 1 0 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt



**S A L T Z**
**M O N G E L U Z Z I**
**& B E N D E S K Y** PC
T R I A L   L A W Y E R S

DELAWARE COUNTY OFFICE
20 WEST THIRD STREET
P.O. BOX 1670
MEDIA, PA 19063
VOICE 610.627.9777
FAX 610.627.9787

ONE LIBERTY PLACE, 52ND FLOOR
1650 MARKET STREET
PHILADELPHIA, PA 19103
VOICE 215.496.8282
FAX 215.496.0999

NEW JERSEY OFFICE
8000 SAGEMORE DRIVE
SUITE 8303
MARLTON, NJ 08053
VOICE 856.751.8383
FAX 856.751.0868

ROBERT N. BRAKER
DIRECT DIAL (215) 575-2985
RBRAKER@SMBB.COM

MICHAEL A. PILEGGI
DIRECT DIAL (215) 575-3880
MPILEGGI@SMBB.COM

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

October 5, 2022

**<u>VIA CERTIFIED & REGULAR MAIL</u>**
**<u>RETURN RECEIPT REQUESTED</u>**
**<u>#7019 2280 0000 1270 2898</u>**

Walmart Real Estate Business Trust
702 S.W. 8th Street
Bentonville, AR 72716

     ***Re:***     ***Gwendolyn Demps v. Walmart Supercenter, et al.***

Dear Sir or Madam:

    We are hereby serving you with a Civil Action Complaint filed against you in the Court of Common Pleas of Philadelphia County.

        Very truly yours,

        SALTZ MONGELUZZI & BENDESKY P.C.

BY:    /s/ *Michael A. Pileggi*
       ROBERT N. BRAKER, ESQUIRE
       MICHAEL A. PILEGGI, ESQUIRE

RNB/MAP/kg
Enclosure

Case ID: 221000353

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2022**

**000353**

E-Filing Number: 2210005824

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| GWENDOLYN DEMPS | WALMART SUPERCENTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1725 S. 32ND STREET<br>PHILADELPHIA PA 19145 | 1675 S. COLUMBUS BOULEVARD<br>PHILADELPHIA PA 19148 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WALMART STORES, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 702 S.W. 8TH STREET<br>BENTONVILLE AR 72716 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WALMART REAL ESTATE BUSINESS TRUST |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 702 S.W. 8TH STREET<br>BENTONVILLE AR 72716 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 4 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[X] Jury<br>[ ] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

CASE TYPE AND CODE

2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY**<br>OCT 04 2022<br>E. HAURIN | IS CASE SUBJECT TO COORDINATION ORDER?<br>YES          NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: GWENDOLYN DEMPS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL A. PILEGGI | 1650 MARKET STREET<br>52ND FLOOR<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)496-8282 | (215)496-0999 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 320569 | mpileggi@smbb.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| MICHAEL PILEGGI | Tuesday, October 04, 2022, 05:12 pm |

Case ID: 221000353

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

    1. WALMART SUPERCENTER
       1675 S. COLUMBUS BOULEVARD
       PHILADELPHIA PA 19148
    2. WALMART STORES, INC.
       702 S.W. 8TH STREET
       BENTONVILLE AR 72716
    3. WALMART REAL ESTATE BUSINESS TRUST
       702 S.W. 8TH STREET
       BENTONVILLE AR 72716
    4. JOHN DOE (1-2)
       N/A
       N/A PA N/A

THIS IS NOT AN ARBITRATION MATTER. ASSESSMENT OF DAMAGES HEARING IS REQUIRED.

*Filed and Attested by the Office of Judicial Records 04 OCT 2022 05:12 pm E. HAURIN*

**SALTZ MONGELUZZI & BENDESKY P.C.**
BY: ROBERT N. BRAKER/MICHAEL A. PILEGGI
IDENTIFICATION NOS. 62583/320569
1650 MARKET STREET
52ND FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
P: (215) 496-8282 / F: (215) 496-0999

ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| **GWENDOLYN DEMPS**<br>1725 S. 32nd Street<br>Philadelphia, PA 19145<br>*Plaintiff,*<br><br>v.<br><br>**WALMART SUPERCENTER**<br>1675 S. Columbus Boulevard<br>Philadelphia, PA 19148<br><br>AND<br><br>**WALMART STORES, INC.**<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>AND<br><br>**WALMART REAL ESTATE BUSINESS TRUST**<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>AND<br><br>**JOHN DOE (1-2)**<br>*Defendants.* | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS**<br>**CIVIL DIVISION**<br><br><br>**OCTOBER TERM, 2022**<br><br>**NO.:**<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE TO PLEAD

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado en corte. Si usted quiere defenderse contra las demandas nombradas en las páginas siguientes, tiene veinte (20) días, a partir de recibir esta demanda y la notificación para entablar personalmente o por un abogado una comparecencia escrita y tambien para entablar con la corte en forma escrita sus defensas y objeciones a las formas escrita contra usted. Sea avisado que si usted no se defiende, el caso puede continuar sin usted y la corte puede incorporar un juicio contra usted sin previo aviso para conseguir el dinero demandado o en el pleito o para conseguir cualquier otra demanda o alivio solicitados por el demandante. Usted puede perder dinero o propiedad u otros derechos importantes para usted. |
| "YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE ABOGADO (O NO TIENE DINERO SUFICIENTE PARA PARGAR A UN ABOGADO), VAYA EN PERSONA O LLAME POR TELEFONO LA OFICINA NOMBRADA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASSISTENCIA LEGAL. ESTA OFICINA PUEDE PROPORCIONARLE LA INFORMACION SOBRE CONTRATAR A UN ABOGADO. |
| THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE. | SI USTED NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO, ESTA OFICINA PUEDE PROPORCIONARLE INFORMACION SOBRE AGENCIAS QUE OFRECEN SERVICIOS LEGALES A PERSONAS QUE CUMPLEN LOS REQUISITOS PARA UN HONORARIO REDUCIDO O NINGUN HONORARIO. |
| PHILADELPHIA BAR ASSOCIATION LAWYER REFERRAL and INFORMATION SERVICE One Reading Center Philadelphia, Pennsylvania 19107 (215) 238-1701 | ASSOCIACION DE LICENCIADOS DE FILADELFIA SERVICO DE REFERENCIA E INFORMACION LEGAL One Reading Center Filadelfia, Pennsylvania 19107 Telefono: (215) 238-1701 |

## COMPLAINT

Plaintiff, Gwendolyn Demps, claims of Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), jointly and severally, separate sums in excess of $50,000.00 in damages wherein the following are true statements:

1.    Plaintiff, Gwendolyn Demps, is an adult individual, citizen of Pennsylvania, who resides at 1725 S. 32nd Street, Philadelphia, PA 19145.

2.    Defendant, Walmart Supercenter, is a business entity, organized and existing under the laws of the Commonwealth of Pennsylvania, and which at all times relevant hereto, engaged in regular, systematic, continuous and substantial business within Philadelphia County, with its principal place of business located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148.

3.    Defendant, Walmart Stores, Inc., is a business entity organized and existing under the laws of the State of Arkansas, and which at all times relevant hereto, engaged in regular,

Case ID: 220100053

systematic, continuous and substantial business within Philadelphia County with its principal place of business located at 702 S.W. 8th Street, Bentonville, AR 72716.

4.      Defendant, Walmart Real Estate Business Trust is a business entity organized and existing under the laws of the State of Arkansas, and which at all times relevant hereto, engaged in regular, systematic, continuous and substantial business within Philadelphia County with its principal place of business located at 702 S.W. 8th Street, Bentonville, AR 72716.

5.      Defendant, John Doe (1-2), is an unknown individual, manager, company, controller, franchise, franchisor/franchisee, and/or owner of the property known as Walmart Supercenter, located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148, hereinafter referred to as the "the premises" at the times referenced herein, who Plaintiff could not identify despite a reasonable search.

6.      At all times mentioned herein and material hereto, Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), owned, managed, maintained, operated and controlled the property, including the interior of the premises, located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148.

7.      On August 27, 2021, Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), by and through their employees and/or agents were responsible for the proper maintenance and/or removal of any and all hazardous conditions located on and within the aforesaid premises.

8.      Upon information and belief, at the aforesaid time and place, Defendants' employees and/or agents, acting within the course of their employment and scope of their authority, caused there to be and/or allowed there to remain, for a substantial period of time, a pool

of liquid on the floor of the premises of the aisle, in which Plaintiff was walking, and the aforesaid floor was left in a dangerously wet and slippery condition.

9.      At the aforesaid time and place, Plaintiff, Gwendolyn Demps, was lawfully and properly a business invitee to the premises, and while walking on the aforesaid floor, was caused to slip and fall on the slick and slippery liquid condition and to suffer those serious and permanent injuries more specifically set forth hereinafter.

## COUNT I
## NEGLIGENCE
## GWENDOLYN DEMPS v. ALL DEFENDANTS

10.      Plaintiff incorporates by reference all the preceding paragraphs as if fully set forth herein.

11.      Defendants, Walmart Supercenter, Walmart Stores Inc., Walmart Real Estate Business Trust, and John Doe (1-2), by and through their separate and respective agents, employees, servants and/or workers, acting within the course of their employment and scope of their authority, were careless and negligent in:

      a.      Leaving the floor in a dangerously wet and slippery condition;

      b.      Creating a dangerously wet and slippery condition on the floor;

      c.      Failing to cordon off the wet area of the floor;

      d.      Failing to maintain the floor of the premises in a proper and safe condition;

      e.      Allowing the floor to remain in a slippery condition for an extended period of time;

      f.      Failing to warn individuals, including Plaintiff, of the dangerous and slippery nature of the floor;

g.     Failing to safely cordon off and/or use appropriately sized non-skid mats or other devices to make safe the area where a dangerous, slippery condition had accumulated;

h.     Allowing a danger to exist which Defendants knew or should have known would cause injuries to others, including Plaintiff;

i.     Failing to utilize appropriate warning signs/devices to alert individuals, including Plaintiff, of the dangerous condition that existed on said premises;

j.     Failing to take proper action to clean up the dangerous, slippery condition that existed on said premises prior to Plaintiff's fall despite their knowledge of the condition;

k.     Failing to maintain the aforementioned premises reasonably safe for persons such as Plaintiff;

l.     Failing to utilize a floor with non-slip properties;

m.     Failing to have proper policies and procedures in place pertaining to cleanup/removal of liquid on the premises which would have prevented harm to business invitees, including Plaintiff; and

n.     Failing to adequately monitor and supervise its employees and/or agents to ensure that their floors were safe for customers, including Plaintiff;

o.     Failing to adequately staff its store with a proper number of employees trained to detect and remedy hazardous/dangerous conditions on its premises; and

p.     Failing to adequately train its employees and/or agents to identify and remedy hazardous/dangerous conditions on its premises.

12.     By reason of the carelessness and negligence of Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), as aforesaid, by and through their separate and respective agents, employees, servants and/or workers, Plaintiff, Gwendolyn Demps, was caused to sustain serious, disabling and permanent personal injuries; she has sustained an acute comminuted fracture of the distal radius; she has sustained dorsal angulation and displacement; she sustained swelling about the wrist; she has suffered severe pain

in her wrist; she has been required to undergo extensive physical therapy; he has sustained further injury to the bones, muscles, nerves and ligaments of her body, the full extent of which have yet to be determined; she sustained other injuries to her nerves and nervous system; she sustained other orthopedic, neurologic and psychological injuries, the full extent of which has yet to be determined; she has in the past been required and may in the future continue to be required to submit to x-rays, EMGs, MRIs, and other diagnostic studies; she has in the past suffered and may in the future continue to suffer agonizing aches, pains, and mental anguish; she has in the past and may in the future continue to endure pain and suffering; she has in the past and may in the future continue to be disabled from performing her usual duties, occupations and avocations, all to her great loss and detriment; she has suffered a significant loss of life's pleasures; she has suffered from severe embarrassment and humiliation; she has incurred and will likely continue to incur medical bills indefinitely into the future.

13.  By the reason of the carelessness and negligence of Defendants, Walmart Supercenter and Walmart Stores Inc., Walmart Real Estate Business Trust, and John Doe (1-2), as aforesaid, Plaintiff, Gwendolyn Demps, has incurred various expenses, including medical expenses and bills, Plaintiff may be obligated to continue to expend monies and incur further obligations for her medical care and treatment, for an indefinite period of time in the future.

14.  Plaintiff, Gwendolyn Demps, has sustained and makes claim for pain and suffering, loss of physical function, physical, mental and psychological injuries, humiliation and embarrassment, loss of life's pleasures, loss of past earnings and future earning capacity and any and all other damages to which she is entitled or may be entitled under the laws of the Commonwealth of Pennsylvania.

WHEREFORE, Plaintiff, Gwendolyn Demps, claims of Defendants, Walmart Supercenter and Walmart Stores Inc., Walmart Real Estate Business Trust and John Doe (1-2), jointly and severally, separate sums in excess of $50,000.00 in damages and brings this action to recover same.

SALTZ MONGELUZZI & BENDESKY P.C.

By: _____

ROBERT N. BRAKER, ESQUIRE
MICHAEL A. PILEGGI, ESQUIRE
Attorneys for Plaintiff

## VERIFICATION

I, Gwendolyn Demps, have read the contents of the Complaint. I verify that the contents are true and correct to the best of my knowledge, information and belief. I understand that this verification is made pursuant to 42 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

Date: 9/26/2022       _Ms. Gwendolyn Demps_
                      GWENDOLYN DEMPS

**SALTZ MONGELUZZI & BENDESKY P.C.**
ROBERT N. BRAKER, ESQUIRE #62583
MICHAEL A. PILEGGI, ESQUIRE #320569
1650 MARKET STREET, 52ND FLOOR
PHILADELPHIA, PA 19103
P: (215) 496-8282 / F: (215) 496-0999

Attorneys for Plaintiff



Filed and Attested by the
Office of Judicial Records
02 NOV 2022 04:22 pm
B. MERCEDES

| | |
|---|---|
| **GWENDOLYN DEMPS**<br><br>v.<br><br>**WALMART SUPERCENTER,<br>WALMART STORES, INC.,<br>WALMART REAL ESTATE BUSINESS<br>TRUST and<br>JOHN DOE (1-2)** | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br>LAW DIVISION<br><br>OCTOBER TERM, 2022<br>NO. 00353 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:

                                      SS

COUNTY OF PHILADELPHIA:

    MICHAEL A. PILEGGI, ESQUIRE, being duly sworn according to law, deposes and states that he is the attorney representing the plaintiff in the above captioned matter; that he is authorized to take this Affidavit; and that on October 5, 2022, the plaintiff's counsel did forward to Defendant, Walmart Stores, Inc., a time-stamped copy of Plaintiff's Complaint by regular mail and certified mail, return receipt requested.  A copy of the said correspondence and return receipt indicating date of delivery to be October 10, 2022, are attached hereto and made a part hereof.

    The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsifications to authorities.

**SALTZ MONGELUZZI & BENDESKY P.C.**

BY:    <u>/s/ *Michael A. Pileggi*      </u>
          MICHAEL A. PILEGGI, ESQUIRE
          Attorney for Plaintiff

Case ID: 221000353

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees

Sent To
WALMART STORES INC.
Street and Apt. No., or PO Box No.
702 S.W. 8th St.
City, State, ZIP+4®
Bentonville, AR 72716

7019 2280 0000 1270 2881

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Walmart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716

9590 9402 6743 1060 2514 92

2. Article Number (Transfer from service label)
7019 2280 0000 1270 2881

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Hilda Rodriguez

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

OCT 1 0 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ......ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

Case ID: 221000353



**S A L T Z**
**M O N G E L U Z Z I**
**& B E N D E S K Y** P.C.
T R I A L   L A W Y E R S

| | | |
|---|---|---|
| DELAWARE COUNTY OFFICE<br>20 WEST THIRD STREET<br>P.O. BOX 1670<br>MEDIA, PA 19063<br>VOICE 610.627.9777<br>FAX 610.627.9787 | ONE LIBERTY PLACE, 52ND FLOOR<br>1650 MARKET STREET<br>PHILADELPHIA, PA 19103<br>VOICE 215.496.8282<br>FAX 215.496.0999 | NEW JERSEY OFFICE<br>8000 SAGEMORE DRIVE<br>SUITE 8303<br>MARLTON, NJ 08053<br>VOICE 856.751.8383<br>FAX 856.751.0868 |

ROBERT N. BRAKER
DIRECT DIAL (215) 575-2985
RBRAKER@SMBB.COM

MICHAEL A. PILEGGI
DIRECT DIAL (215) 575-3880
MPILEGGI@SMBB.COM

MONTGOMERY COUNTY OFFICE
120 GIBRALTAR RD
SUITE 218
HORSHAM, PA 19044
VOICE 215.496.8282
FAX 215.754.4443

October 5, 2022

**VIA CERTIFIED & REGULAR MAIL**
**RETURN RECEIPT REQUESTED**
**#7019 2280 0000 1270 2881**

Walmart Stores, Inc.
702 S.W. 8th Street
Bentonville, AR 72716

    **Re:**    *Gwendolyn Demps v. Walmart Supercenter, et al.*

Dear Sir or Madam:

    We are hereby serving you with a Civil Action Complaint filed against you in the Court of Common Pleas of Philadelphia County.

          Very truly yours,

          SALTZ MONGELUZZI & BENDESKY P.C.

          BY:    */s/ Michael A. Pileggi*
              ROBERT N. BRAKER, ESQUIRE
              MICHAEL A. PILEGGI, ESQUIRE

RNB/MAP/kg
Enclosure

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**OCTOBER 2022**

E-Filing Number: 2210005824

**000353**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| GWENDOLYN DEMPS | WALMART SUPERCENTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1725 S. 32ND STREET PHILADELPHIA PA 19145 | 1675 S. COLUMBUS BOULEVARD PHILADELPHIA PA 19148 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WALMART STORES, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 702 S.W. 8TH STREET BENTONVILLE AR 72716 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | WALMART REAL ESTATE BUSINESS TRUST |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 702 S.W. 8TH STREET BENTONVILLE AR 72716 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 4 | [X] Complaint    [ ] Petition Action    [ ] Notice of Appeal <br> [ ] Writ of Summons    [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
[ ] $50,000.00 or less
[X] More than $50,000.00

**COURT PROGRAMS**
[ ] Arbitration
[X] Jury
[ ] Non-Jury
[ ] Other:

[ ] Mass Tort
[ ] Savings Action
[ ] Petition

[ ] Commerce
[ ] Minor Court Appeal
[ ] Statutory Appeals

[ ] Settlement
[ ] Minors
[ ] W/D/Survival

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED**
**PRO PROTHY**

OCT 04 2022

E. HAURIN

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES     NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: GWENDOLYN DEMPS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL A. PILEGGI | 1650 MARKET STREET 52ND FLOOR PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)496-8282 | (215)496-0999 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 320569 | mpileggi@smbb.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| MICHAEL PILEGGI | Tuesday, October 04, 2022, 05:12 pm |

Case ID: 221000353

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

    1. WALMART SUPERCENTER
          1675 S. COLUMBUS BOULEVARD
          PHILADELPHIA PA 19148
    2. WALMART STORES, INC.
          702 S.W. 8TH STREET
          BENTONVILLE AR 72716
    3. WALMART REAL ESTATE BUSINESS TRUST
          702 S.W. 8TH STREET
          BENTONVILLE AR 72716
    4. JOHN DOE (1-2)
          N/A
          N/A PA N/A

Case ID: 221000353

THIS IS NOT AN ARBITRATION MATTER.
ASSESSMENT OF DAMAGES HEARING IS
REQUIRED.

*Filed and Attested by the
Office of Judicial Records
04 OCT 2022 05:12 pm
B. HAURIN*

**SALTZ MONGELUZZI & BENDESKY P.C.**
BY: ROBERT N. BRAKER/MICHAEL A. PILEGGI
IDENTIFICATION NOS. 62583/320569
1650 MARKET STREET                                    ATTORNEYS FOR PLAINTIFF
52ND FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
P: (215) 496-8282 / F: (215) 496-0999

| | |
|---|---|
| **GWENDOLYN DEMPS**<br>1725 S. 32nd Street<br>Philadelphia, PA 19145<br>*Plaintiff,*<br><br>v.<br><br>**WALMART SUPERCENTER**<br>1675 S. Columbus Boulevard<br>Philadelphia, PA 19148<br><br>AND<br><br>**WALMART STORES, INC.**<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>AND<br><br>**WALMART REAL ESTATE BUSINESS<br>TRUST**<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>AND<br><br>**JOHN DOE (1-2)**<br>*Defendants.* | **PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br>CIVIL DIVISION**<br><br><br>**OCTOBER TERM, 2022**<br><br>**NO.:**<br><br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE TO PLEAD

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado en corte. Si usted quiere defenderse contra las demandas nombradas en las páginas siguientes, tiene veinte (20) días, a partir de recibir esta demanda y la notificación para entablar personalmente o por un abogado una comparecencia escrita y también para entablar con la corte en forma escrita sus defensas y objeciones a las demandas contra usted. Sea avisado que si usted no se definde, el caso puede continuar sin usted y la corte puede incorporar un juicio contra usted sin previo aviso para conseguir el dinero demandado en el pleito o para conseguir cualquier otra demanda o alivio solicitadas por el demandante. Usted puede perder dinero o propiedad u otros derechos importantes para usted. |
| "YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE ABOGADO (O NO TIENE DINERO SUFICIENTE PARA PARGAR A UN ABOGADO), VAYA EN PERSONA O LLAME POR TELEFONO LA OFICINA NOMBRADA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASSISTENCIA LEGAL. ESTA OFICINA PUEDE PROPORCIONARLE LA INFORMACION SOBRE CONTRATAR A UN ABOGADO. |
| THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE. | SI USTED NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO, ESTA OFICINA PUEDE PROPORCIONARLE INFORMACION SOBRE AGENCIAS QUE OFRECEN SERVICIOS LEGALES A PERSONAS QUE CUMPLEN LOS REQUISITOS PARA UN HONORARIO REDUCIDO O NINGUN HONORARIO. |
| PHILADELPHIA BAR ASSOCIATION<br>LAWYER REFERRAL and INFORMATION SERVICE<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-1701 | ASSOCIACION DE LICENDIADOS DE FILADELFIA<br>SERVICO DE REFERENCIA E INFORMACION LEGAL<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>Telefono: (215) 238-1701 |

## COMPLAINT

Plaintiff, Gwendolyn Demps, claims of Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), jointly and severally, separate sums in excess of $50,000.00 in damages wherein the following are true statements:

1.    Plaintiff, Gwendolyn Demps, is an adult individual, citizen of Pennsylvania, who resides at 1725 S. 32nd Street, Philadelphia, PA 19145.

2.    Defendant, Walmart Supercenter, is a business entity, organized and existing under the laws of the Commonwealth of Pennsylvania, and which at all times relevant hereto, engaged in regular, systematic, continuous and substantial business within Philadelphia County, with its principal place of business located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148.

3.    Defendant, Walmart Stores, Inc., is a business entity organized and existing under the laws of the State of Arkansas, and which at all times relevant hereto, engaged in regular,

systematic, continuous and substantial business within Philadelphia County with its principal place of business located at 702 S.W. 8th Street, Bentonville, AR 72716.

4.      Defendant, Walmart Real Estate Business Trust is a business entity organized and existing under the laws of the State of Arkansas, and which at all times relevant hereto, engaged in regular, systematic, continuous and substantial business within Philadelphia County with its principal place of business located at 702 S.W. 8th Street, Bentonville, AR 72716.

5.      Defendant, John Doe (1-2), is an unknown individual, manager, company, controller, franchise, franchisor/franchisee, and/or owner of the property known as Walmart Supercenter, located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148, hereinafter referred to as the "the premises" at the times referenced herein, who Plaintiff could not identify despite a reasonable search.

6.      At all times mentioned herein and material hereto, Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), owned, managed, maintained, operated and controlled the property, including the interior of the premises, located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148.

7.      On August 27, 2021, Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), by and through their employees and/or agents were responsible for the proper maintenance and/or removal of any and all hazardous conditions located on and within the aforesaid premises.

8.      Upon information and belief, at the aforesaid time and place, Defendants' employees and/or agents, acting within the course of their employment and scope of their authority, caused there to be and/or allowed there to remain, for a substantial period of time, a pool

of liquid on the floor of the premises of the aisle, in which Plaintiff was walking, and the aforesaid floor was left in a dangerously wet and slippery condition.

9.      At the aforesaid time and place, Plaintiff, Gwendolyn Demps, was lawfully and properly a business invitee to the premises, and while walking on the aforesaid floor, was caused to slip and fall on the slick and slippery liquid condition and to suffer those serious and permanent injuries more specifically set forth hereinafter.

## COUNT I
## NEGLIGENCE
## GWENDOLYN DEMPS v. ALL DEFENDANTS

10.      Plaintiff incorporates by reference all the preceding paragraphs as if fully set forth herein.

11.      Defendants, Walmart Supercenter, Walmart Stores Inc., Walmart Real Estate Business Trust, and John Doe (1-2), by and through their separate and respective agents, employees, servants and/or workers, acting within the course of their employment and scope of their authority, were careless and negligent in:

    a.      Leaving the floor in a dangerously wet and slippery condition;

    b.      Creating a dangerously wet and slippery condition on the floor;

    c.      Failing to cordon off the wet area of the floor;

    d.      Failing to maintain the floor of the premises in a proper and safe condition;

    e.      Allowing the floor to remain in a slippery condition for an extended period of time;

    f.      Failing to warn individuals, including Plaintiff, of the dangerous and slippery nature of the floor;

g.    Failing to safely cordon off and/or use appropriately sized non-skid mats or other devices to make safe the area where a dangerous, slippery condition had accumulated;

h.    Allowing a danger to exist which Defendants knew or should have known would cause injuries to others, including Plaintiff;

i.    Failing to utilize appropriate warning signs/devices to alert individuals, including Plaintiff, of the dangerous condition that existed on said premises;

j.    Failing to take proper action to clean up the dangerous, slippery condition that existed on said premises prior to Plaintiff's fall despite their knowledge of the condition;

k.    Failing to maintain the aforementioned premises reasonably safe for persons such as Plaintiff;

l.    Failing to utilize a floor with non-slip properties;

m.    Failing to have proper policies and procedures in place pertaining to cleanup/removal of liquid on the premises which would have prevented harm to business invitees, including Plaintiff; and

n.    Failing to adequately monitor and supervise its employees and/or agents to ensure that their floors were safe for customers, including Plaintiff;

o.    Failing to adequately staff its store with a proper number of employees trained to detect and remedy hazardous/dangerous conditions on its premises; and

p.    Failing to adequately train its employees and/or agents to identify and remedy hazardous/dangerous conditions on its premises.

12.    By reason of the carelessness and negligence of Defendants, Walmart Supercenter, Walmart Stores, Inc., Walmart Real Estate Business Trust, and John Doe (1-2), as aforesaid, by and through their separate and respective agents, employees, servants and/or workers, Plaintiff, Gwendolyn Demps, was caused to sustain serious, disabling and permanent personal injuries; she has sustained an acute comminuted fracture of the distal radius; she has sustained dorsal angulation and displacement; she sustained swelling about the wrist; she has suffered severe pain

in her wrist; she has been required to undergo extensive physical therapy; he has sustained further injury to the bones, muscles, nerves and ligaments of her body, the full extent of which have yet to be determined; she sustained other injuries to her nerves and nervous system; she sustained other orthopedic, neurologic and psychological injuries, the full extent of which has yet to be determined; she has in the past been required and may in the future continue to be required to submit to x-rays, EMGs, MRIs, and other diagnostic studies; she has in the past suffered and may in the future continue to suffer agonizing aches, pains, and mental anguish; she has in the past and may in the future continue to endure pain and suffering; she has in the past and may in the future continue to be disabled from performing her usual duties, occupations and avocations, all to her great loss and detriment; she has suffered a significant loss of life's pleasures; she has suffered from severe embarrassment and humiliation; she has incurred and will likely continue to incur medical bills indefinitely into the future.

13.     By the reason of the carelessness and negligence of Defendants, Walmart Supercenter and Walmart Stores Inc., Walmart Real Estate Business Trust, and John Doe (1-2), as aforesaid, Plaintiff, Gwendolyn Demps, has incurred various expenses, including medical expenses and bills, Plaintiff may be obligated to continue to expend monies and incur further obligations for her medical care and treatment, for an indefinite period of time in the future.

14.     Plaintiff, Gwendolyn Demps, has sustained and makes claim for pain and suffering, loss of physical function, physical, mental and psychological injuries, humiliation and embarrassment, loss of life's pleasures, loss of past earnings and future earning capacity and any and all other damages to which she is entitled or may be entitled under the laws of the Commonwealth of Pennsylvania.

WHEREFORE, Plaintiff, Gwendolyn Demps, claims of Defendants, Walmart Supercenter and Walmart Stores Inc., Walmart Real Estate Business Trust and John Doe (1-2), jointly and severally, separate sums in excess of $50,000.00 in damages and brings this action to recover same.

**SALTZ MONGELUZZI & BENDESKY P.C.**

By: _____

**ROBERT N. BRAKER, ESQUIRE**
**MICHAEL A. PILEGGI, ESQUIRE**
Attorneys for Plaintiff

## VERIFICATION

I, Gwendolyn Demps, have read the contents of the Complaint.  I verify that the contents are true and correct to the best of my knowledge, information and belief.  I understand that this verification is made pursuant to 42 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).

Date: 9/26/2022                    _Ms. Gwendolyn Demps_
                                              GWENDOLYN DEMPS

EXHIBIT "C"

282.389

**MCDONNELL & ASSOCIATES, P.C.**
By: Patrick J. McDonnell, Esq.
Attorney I.D. No. 62310
Email: pmcdonnell@mcda-law.com
By: Gwyneth R. Schrager, Esq.
Attorney I.D. No. 319219
Email: gwilliams@mcda-law.com
500 Marlton Pike West
Cherry Hill, NJ 08002
(T) 856-429-5300 (F) 856-310-7900

**To Plaintiff:** You are hereby notice to plead to the enclosed New Matter within twenty (20) days of service hereof or judgment may be entered against you.

____/s/ Gwyneth R. Schrager_____
Gwyneth R. Schrager, Esquire
*Attorney for Defendants*

*Filed and Attested by the
Office of Judicial Records
25 Oct 2022 04:58 pm
G. IMPERATO*

|   |   |   |
|---|---|---|
| GWENDOLYN DEMPS, | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | PHILADELPHIA COUNTY |
|  | : |  |
| v. | : |  |
|  | : | OCTOBER TERM, 2022 |
| WALMART SUPERCENTER AND | : | NO. 00353 |
| WALMART STORES, INC. AND WALMART | : |  |
| REAL ESTATE BUSINESS TRUST and JOHN | : |  |
| DOE (1-2), | : | JURY TRIAL DEMANDED |
| Defendants. | : |  |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT WITH NEW MATTER

Defendants, Walmart Supercenter, Walmart Stores, Inc., and Wal-Mart Real Estate Business Trust (hereinafter referred to collectively as "Walmart"), by and through their undersigned counsel, McDonnell & Associates, P.C., hereby answer Plaintiff's Complaint, generally deny the allegations of Plaintiff's Complaint pursuant to Pa. R.C.P. 1029(e), and assert their New Matter in accordance with the Pennsylvania Rules of Civil Procedure as follows:

1.     Denied. These averments make no allegations against Walmart.

2.     Denied. "Walmart Supercenter" is not a legally recognized entity.

3.     Admitted in part and denied in part. It is admitted only that Walmart Inc. (formerly known as Wal-Mart Stores, Inc.) has its principal place of business at the address averred. The remaining averments are denied. By way of further answer, Walmart Inc. is a Delaware corporation.

4.      Denied. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business located in Bentonville, Arkansas.

5.      Walmart need not answer these averments as they are directed toward other parties.

6.      Admitted in part and denied in part. It is admitted only that Wal-Mart Real Estate Business Trust owned the subject premises at all material times. The remaining averments are denied. By way of further answer, Wal-Mart Stores East, LP leased and operated the subject premises at all material times. Wal-Mart Stores East, LP is a Delaware limited partnership with its principal place of business located in Bentonville, Arkansas.

7.      Denied. After reasonable investigation, Walmart is unable to answer averments regarding unnamed employees and/or agents; these allegations are therefore denied. The remaining averments are generally denied pursuant to Rule 1029(e).

8.      Denied. After reasonable investigation, Walmart is unable to answer averments regarding unnamed employees and/or agents; these allegations are therefore denied. The remaining averments are generally denied pursuant to Rule 1029(e).

9.      Admitted in part and denied in part. It is admitted only that Plaintiff was present at Walmart Store #2141, located at 1675 S. Columbus Boulevard, Philadelphia, PA 19148, on the date averred. The remaining averments are generally denied pursuant to Rule 1029(e).

**COUNT I**
**NEGLIGENCE**
**GWENDOLYN DEMPS v. ALL DEFENDANTS**

10.     Walmart hereby incorporates by reference the preceding paragraphs as though set forth at length herein.

11.     (a) - (p). Denied. After reasonable investigation, Walmart is unable to answer averments regarding unnamed agents, employees, servants and/or workers; these allegations are

Case ID: 221000353

therefore denied. The remaining averments contained within Paragraph 11 and its subparts are generally denied pursuant to Rule 1029(e).

12.     Denied. After reasonable investigation, Walmart is unable to answer averments regarding unnamed agents, employees, servants and/or workers; these allegations are therefore denied. The remaining averments are generally denied pursuant to Rule 1029(e).

13.     Denied. These averments are generally denied pursuant to Rule 1029(e).

14.     Denied. These averments are generally denied pursuant to Rule 1029(e).

**WHEREFORE**, Defendants, Walmart Supercenter, Walmart Stores, Inc., and Wal-Mart Real Estate Business Trust, hereby demand judgment in their favor and against Plaintiff, together with costs and attorneys' fees in this matter.

## <u>NEW MATTER</u>

15.     If Plaintiff failed to follow the advice and direction of her health care providers regarding recommended treatment, then Plaintiff's recovery is barred or reduced by her failure to mitigate damages.

16.     If Plaintiff sustained damages, such damages were caused by the negligence of a third party or parties over which Walmart exercised no control.

17.     If Plaintiff sustained damages, such damages were caused by intervening or superseding events or factors over which Walmart exercised no control.

18.     If Plaintiff executed a Release releasing any person or entity from liability arising from the accident or occurrence described in Plaintiff's Complaint, Walmart is similarly released from any such liability.

19.     If Plaintiff seeks compensatory damages for expenses related to medical tests, medications, and treatment, such damages are reduced by the holding in <u>Moorhead v. Crozer Chester Medical Center</u>, 557 Pa. 630 (1998) to the amounts actually due and payable.

**WHEREFORE**, Defendants, Walmart Supercenter, Walmart Stores, Inc., and Wal-Mart Real Estate Business Trust, hereby demand judgment in their favor and against Plaintiff, together with costs and attorneys' fees in this matter.

<div align="center">

**McDONNELL & ASSOCIATES, P.C.**

</div>

Dated:  October 26, 2022                    By:     _/s/ Gwyneth R. Schrager_
                                                    Patrick J. McDonnell, Esquire
                                                    Attorney I.D. No. 62310
                                                    Email: pmcdonnell@mcda-law.com
                                                    Gwyneth R. Schrager, Esquire
                                                    Attorney I.D. No. 319219
                                                    Email: gwilliams@mcda-law.com
                                                    500 Route 70 West
                                                    Cherry Hill, NJ 08002
                                                    (T) 856.429.5300 (F) 856.310.7900
                                                    *Attorneys for Defendants*

|  |  |
|---|---|
| GWENDOLYN DEMPS, | : COURT OF COMMON PLEAS |
| Plaintiff, | : PHILADELPHIA COUNTY |
|  | : |
| v. | : |
|  | : OCTOBER TERM, 2022 |
| WALMART SUPERCENTER AND | : NO. 00353 |
| WALMART STORES, INC. AND WALMART | : |
| REAL ESTATE BUSINESS TRUST and JOHN | : |
| DOE (1-2), | : JURY TRIAL DEMANDED |
| Defendants. | : |

## **<u>VERIFICATION</u>**

I, Gwyneth R. Schrager, Esquire, hereby verify and state that I am counsel for Defendants in the above-referenced action and that the facts set forth in Defendants' Answer to Plaintiff's Complaint with New Matter are true and correct to the best of my knowledge, information and belief.  A manager verification was unavailable at the time of filing, but a substitute verification is forthcoming.  I understand that I make this verification subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

Dated: October 26, 2022             By:            */s/ Gwyneth R. Schrager*
                                                         Gwyneth R. Schrager, Esquire
                                                         *Attorneys for Defendants*

|  |  |
|---|---|
| GWENDOLYN DEMPS, | : COURT OF COMMON PLEAS |
|          Plaintiff, | : PHILADELPHIA COUNTY |
| | : |
|   v. | : |
| | : OCTOBER TERM, 2022 |
| WALMART SUPERCENTER AND | : NO. 00353 |
| WALMART STORES, INC. AND WALMART | : |
| REAL ESTATE BUSINESS TRUST and JOHN | : |
| DOE (1-2), | : JURY TRIAL DEMANDED |
|          Defendants. | : |

## CERTIFICATE OF SERVICE

I, Gwyneth R. Schrager, Esquire hereby certify that on October 26, 2022, Defendants'

Answer to Plaintiff's Complaint with New Matter was filed electronically with the Court and is

available for viewing and downloading from the First Judicial District Electronic Filing System.

The filed document was served via electronic mail by the First Judicial District Electronic Filing

System on the following registered E-Filing User:

Robert N. Braker, Esq.
Michael A. Pileggi, Esq.
Saltz Mongeluzzi & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Attorneys for Plaintiff*

**McDONNELL & ASSOCIATES, P.C.**

Dated:  October 26, 2022       By:    */s/ Gwyneth R. Schrager*
Gwyneth R. Schrager, Esquire
*Attorneys for Defendants*

282.389

**MCDONNELL & ASSOCIATES, P.C.**
By: Patrick J. McDonnell, Esq.
Attorney I.D. No. 62310
Email: pmcdonnell@mcda-law.com
By: Gwyneth R. Schrager, Esq.
Attorney I.D. No. 319219
Email: gwilliams@mcda-law.com
500 Marlton Pike West
Cherry Hill, NJ 08002                          *Attorneys for Defendants*
(T) 856-429-5300 (F) 856-310-7900

*Filed and Attested by the Office of Judicial Records 04 NOV 2022 03:37 pm G. IMPERATO*

| | | |
|---|---|---|
| GWENDOLYN DEMPS, | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | |
| | : | OCTOBER TERM, 2022 |
| WALMART SUPERCENTER AND | : | NO. 00353 |
| WALMART STORES, INC. AND WALMART | : | |
| REAL ESTATE BUSINESS TRUST and JOHN | : | |
| DOE (1-2), | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## PRAECIPE TO SUBSTITUTE VERIFICATION

Kindly substitute the enclosed verification to Defendants' Answer to Plaintiff's Complaint with New Matter which was filed with the court on October 26, 2022.

                                    **MCDONNELL & ASSOCIATES, P.C.**

Dated:  November 4, 2022          By:    */s/ Gwyneth R. Schrager*
                                        Gwyneth R. Schrager, Esquire
                                        *Attorneys for Defendants*

Case ID: 221000353

GWENDOLYN DEMPS,
       Plaintiff,

   v.

WALMART SUPERCENTER AND
WALMART STORES, INC. AND WALMART
REAL ESTATE BUSINESS TRUST and JOHN
DOE (1-2),
       Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY


OCTOBER TERM, 2022
NO. 00353


JURY TRIAL DEMANDED

## VERIFICATION

I, Frank Pellicori, hereby verify and state that I am Store Manager of Walmart Store #2141

in Philadelphia, Pennsylvania, and that the facts set forth in Defendants' Answer to Plaintiff's

Complaint with New Matter are true and correct to the best of my knowledge, information and

belief. I understand that I make this verification subject to the penalties of 18 Pa. C.S.A. § 4904

relating to unsworn falsification to authorities.

Dated: October 27, 2022

By: _____
Frank Pellicori

282.389

**MCDONNELL & ASSOCIATES, P.C.**
By: Patrick J. McDonnell, Esq.
Attorney I.D. No. 62310
Email: pmcdonnell@mcda-law.com
By: Gwyneth R. Schrager, Esq.
Attorney I.D. No. 319219
Email: gwilliams@mcda-law.com
500 Marlton Pike West
Cherry Hill, NJ 08002                          *Attorneys for Defendants*
(T) 856-429-5300 (F) 856-310-7900

| | |
|---|---|
| GWENDOLYN DEMPS, | : COURT OF COMMON PLEAS |
| Plaintiff, | : PHILADELPHIA COUNTY |
| | : |
| v. | : |
| | : OCTOBER TERM, 2022 |
| WALMART SUPERCENTER AND | : NO. 00353 |
| WALMART STORES, INC. AND WALMART | : |
| REAL ESTATE BUSINESS TRUST and JOHN | : |
| DOE (1-2), | : JURY TRIAL DEMANDED |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Gwyneth R. Schrager, Esquire hereby certify the foregoing Praecipe to Substitute Verification on behalf of the Defendants was filed electronically with the Court and is available for viewing and downloading from the First Judicial District Electronic Filing System.  The filed document was served via electronic mail by the First Judicial District Electronic Filing System on the following registered E-Filing Users:

Robert N. Braker, Esq.
Michael A. Pileggi, Esq.
Saltz Mongeluzzi & Bendesky, P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
*Attorneys for Plaintiff*

**MCDONNELL & ASSOCIATES, P.C.**

Dated:  November 4, 2022                  By:    */s/ Gwyneth R. Schrager*
                                                Gwyneth R. Schrager, Esquire
                                                *Attorneys for Defendants*

Case ID: 221000353